UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAERSK LINE,

                       Plaintiff,

         - against -                          CIVIL COMPLAINT
                                               IN ADMIRALTY
CALTECH INTERNATIONAL
TRADING CORPORATION,

                       Defendant.
------------------------------------------------------------X

       Plaintiff MAERSK LINE, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant CALTECH INTERNATIONAL TRADING CORPORATION, in personam, in a cause of action civil and maritime, alleges upon information and belief:

       1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq.

       2. At all times hereinafter mentioned, plaintiff MAERSK LINE was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 6000 Carnegie Blvd., Charlotte, NC 28209.

       3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

       4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's published tariff, all as set forth in Schedule A.

       5. Thereafter, the goods were carried to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and refuse to remit payment of $20,988.00, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $20,988.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
December 13, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK LINE
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

## SCHEDULE A

I. Defendant's status & address:

    A. Upon information and belief and at all times hereinafter mentioned, defendant CALTECH INTERNATIONAL TRADING CORPORATION was and still is a corporation organized and existing under the laws of the State of New Jersey, with offices and a place of business at 434 Northam Drive, North Brunswick, NJ 08902.

II. Details of shipment(s):

    1. Bill of Lading No. MAEU511773276, dated February 2, 2007, from Puntarenas to Chittagong via Puerto Caldera on the Vessel MAERSK FREMANTLE, nine (9) forty-foot containers SAID TO CONTAIN: METAL SCRAP, at the applicable tariff and/or Service Contract rate of $19,469.00 (Exhibit A).

Amount Paid: $9,976.00        Amount Due: $9,493.00

    2. Bill of Lading No. MAEU522738523, dated April 6, 2007, from Puntarenas to Chittagong via Puerto Cortes on the Vessel MAERSK FREMANTLE, two (2) forty-foot containers SAID TO CONTAIN: STEEL SCRAP, at the applicable tariff and/or Service Contract rate of $4,337.00 (Exhibit B).

Amount Paid: $1,497.00        Amount Due: $2,840.00

    3. Bill of Lading No. MAEU522801621, dated September 28, 2007, from Dallas to Chittagong on the Vessel SL FLORIDA, five (5) forty-foot containers SAID TO CONTAIN: STEEL SCRAP, at the applicable tariff charge of $8,655.00 (Exhibit C).

Amount Paid: $0                      Amount Due: $8,655.00

III. **Total Amount Due: $20,966.00**

**BILL OF LADING FOR OCEAN TRANSPORT**  SCAC: MAEU  
B/L No. 511773276

| | |
|---|---|
| **Shipper**<br>CALTECH INTERNATIONAL TRADING CORP, 434 NORTHAM DRIVE, NORTH BRUNSWICK, NJ 08902, U.S.A. | **Booking No.** S11773276<br>**Export references**<br>**Svc Contract** 134534 |
| **Consignee**<br>TO THE ORDER OF STANDARD BANK LTD.<br>AGRABAD BRANCH,<br>CHITTAGONG, BANGLADESH | **Notify Party**<br>KABIR STEEL RE-ROLLING MILLS LTD.<br>KABIR MANZIL, SK. MUJIB RD.<br>AGRABAD, CTG. FACTORY- GHORAMARA,<br>BARA KUMIRA SITAKUNDA,<br>CHITTAGONG, BANGLADESH |
| **Vessel** MAERSK FREMANTLE  **Voyage No.** 0712 | **Place of Receipt** Puntarenas |
| **Port of Loading** PUERTO CALDERA, COSTA RICA  **Port of Discharge** CHITTAGONG, BD | **Place of Delivery** |

**PARTICULARS FURNISHED BY SHIPPER**

| Description of goods | Weight | Measurement |
|---|---|---|
| 9 containers said to contain 9 UNIT<br><br>METAL SCRAP<br>STEEL SCRAP AS PER<br>ISRI CODE: 200-202 AND ALL<br>OTHER SPECIFICATIONS OF<br>THE MERCHANDISE ARE STRICTLY<br>AS PROFORMA NO. CITC/KSM/8001<br>DTD. 03-12-2006<br><br>IMPORT UNDER CASH FOREIGN<br>EXCHANGE RESOURCES<br>L/C NO. 1814-06-01-0047<br>DTD. 03.12.06 | 223500.000 KGS | 360.000 CBM |

**COPY**

**BALANCE DUE $ 9,493.00**

```
TRIU4549603  ML-CR0327766  40 DRY 8'6  1 UNIT  25900.000 KGS  40.000 CBM
TRIU5195741  ML-CR0327767  40 DRY 8'6  1 UNIT  23120.000 KGS  40.000 CBM
PONU7933169  ML-CR0327340  40 DRY 9'6  1 UNIT  22130.000 KGS  40.000 CBM
GATU8205686  ML-CR0327720  40 DRY 9'6  1 UNIT  23730.000 KGS  40.000 CBM
MSKU8092441  ML-CR0327725  40 DRY 9'6  1 UNIT  27260.000 KGS  40.000 CBM
PONU8171900  ML-CR0329410  40 DRY 9'6  1 UNIT  25540.000 KGS  40.000 CBM
```

| Freight & Charges | Rate | Per | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1245.00 | Per Container | USD | 11205.00 | |
| Inland Haulage Export | 115.00 | Per Container | USD | 1035.00 | |
| Bunker Adjustment Factor | 590.00 | Per Container | USD | 5310.00 | |
| Chittagong Feeder Additional | 200.00 | Per Container | USD | 1800.00 | |
| Documentation Fee - Origin | 25.00 | Per Bill of Lading | USD | 25.00 | |
| Carrier Security Charge | 6.00 | Per Container | USD | 54.00 | |
| Shipping Instruction Amendment | 40.00 | Per Bill of Lading | USD | 40.00 | |

9 container(s)  
Place of Issue of B/L: The Woodlands  
Number & Signature of Original B/L's: THREE/3  
Date of Issue of B/L: 2007-03-21  
Shipped on Board Date: 2007-02-02  

As Agents for the Carrier  
Maersk Inc - Houston CRC

This transport document has one or more numbered attachments

# EXHIBIT "A"

```
TCNU9317990  ML-CR0327749  40 DRY 9'6  1 UNIT  25570.000 KGS  40.000 CBM
PONU7921175  ML-CR0327731  40 DRY 9'6  1 UNIT  26710.000 KGS  40.000 CBM
TTNU9916332  ML-CR0327341  40 DRY 9'6  1 UNIT  22540.000 KGS  40.000 CBM
```
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

The carrier shall have no liability whatsoever arising out of or in connection with the acts of any person who unlawfully, by the use of force or threats of any kind, damages, seizes, or exercises control over the Goods, over any Sub-Contractor or over any means of transportation or storage of the Goods.

SD/CY

FREIGHT PREPAID

ALSO NOTIFY: STANDARD BANK LTD.
AGRABAD BRANCH,
CHITTAGONG, BANGLADESH

| Freight & Charges | Rate | U-t | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Total USD | | | USD | 19469.00 | |

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC: MAEU
B/L No.: 512367864
922736523

Shipper:
CALTECH INTERNATIONAL TRADING CORP.
434 NORTHAM DRIVE,
NORTH BRUNSWICK,
NJ 08902, U.S.A.

Booking No.: 134534

Consignee:
TO THE ORDER OF STANDARD BANK LTD.
AGRABAD BRANCH,
CHITTAGONG, BANGLADESH

Notify Party:
KABIR STEEL RE-ROLLING MILLS LTD.
KABIR MANZIL, SK. MUJIB RD, AGRABAD, CTG.
FACTORY - GHORAMARA, BARA KUMIRA,
SITAKUNDA, CHITTAGONG, BANGLADESH

Vessel: MAERSK FREMANTLE
Voyage No.: 0728
Place of Receipt: Puntarenas
Port of Loading: Puerto Caldera
Port of Discharge: Chittagong

**PARTICULARS FURNISHED BY SHIPPER**

2 containers said to contain 2 BULK

STEEL SCRAP AS PER
ISRI CODE: 200-202 AND ALL OTHER
SPECIFICATIONS OF THE MERCHANDISE
ARE STRICTLY AS
PROFORMA NO. CITC/KSM/6001.
DTD. 03-12-2006.

IMPORT UNDER CASH FOREIGN
EXCHANGE RESOURCES.
L/C NO.
1814-06-01-0047
DTD. 03.12.06

Weight: 50000 KGS
Measurement: 80.000 CBM

**COPY**

**BALANCE DUE $ 2,840.00**

TRIU9663999  ML-CR0328862  40 DRY 9'6  1 BULK  22820 KGS  40.000 CBM
MAEU7398423  ML-CR0328857  40 DRY 8'6  1 BULK  27180 KGS  40.000 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

The carrier shall have no liability whatsoever arising out of or in connection with the acts
of any person who unlawfully, by the use of force or threats of any kind, damages...

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1250.00 | Per Container | USD | 1250.00 | |
| Basic Ocean Freight | 1300.00 | Per Container | USD | 1300.00 | |
| Basic Ocean Freight | 1245.00 | Per Container | USD | 2490.00 | |
| Basic Ocean Freight | | | USD | -1250.00 | |
| Basic Ocean Freight | | | USD | -1300.00 | |
| Inland Haulage Export | 115.00 | Per Container | USD | 230.00 | |
| Bunker Adjustment Factor | 590.00 | Per Container | USD | 1180.00 | |

Total number of packages received by Carrier: 2 container(s)
Place of Issue of B/L: San Jose
Number & Sequence of Original B(s)/L: THREE/3
Date of Issue of B/L: 2007-06-28
Shipped on Board Date: 2007-04-06

As Agent(s) for the Carrier
Maersk Costa Rica S.A.

This transport document has one or more numbered attachments

# EXHIBIT "B"

seizes, or exercises control over the Goods, over any Sub-Contractor or over any means of transportation or storage of the Goods.

FREIGHT PREPAID

SD/CY

ALSO NOTIFY: STANDARD BANK LIMITED
AGRABAD BRANCH,
HOSSAIN CHAMBER, 105, AGRABAD C/A
CHITTAGONG, BANGLADESH

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Chittagong Feeder Additional | 200.00 | Per Container | USD | 400.00 | |
| Documentation Fee - Destinati | 300.00 | Per Bill of Lading | BDT | | 300.00 |
| Handling Charge - Destination | 2100.00 | Per Container | BDT | | 2100.00 |
| Handling Charge - Destination | 3350.00 | Per Container | BDT | 3350.00 | |
| Handling Charge - Destination | | | BDT | -3350.00 | |
| Emergency Risk Surcharge | 0.00 | Per Container | USD | 0.00 | |
| Documentation Fee - Origin | 25.00 | Per Bill of Lading | USD | 25.00 | |
| Carrier Security Charge | 6.00 | Per Container | USD | 12.00 | |
| Total BDT | | | BDT | | 2400.00 |
| Total USD | | | USD | 4337.00 | |

Export Invoice

```
6000 Carnegie Blvd                  Invoice Number:     US13-93477 522901521
Charlotte NC 28209-4607             Invoice Date:       28-SEP-07
                                    B/L number:         572816__

Payer:                              Customer No.:       33.0862520
CALTECH INT. TRADING                Your VAT No.:
370 CAMPUS DR                       Your reference:     SE-01096
STE 115 B
SOMERSET NJ 08873                   Our contact/phone no.:
                                    Carlton Jackson / 1 800 858-4204, 3301501
Attention of: Accounts Payable
```

---

| Place of receipt: | Place of delivery: | Main vessel name: |
|---|---|---|
| DALLAS S/D | CHITTAGONG | EL FLORIDA |
| Sailing date: | Vessel name: | Voyage: |
| 14-MAR-00 | EL FLORIDA | 0715 |

---

| Item description: | Qty: | UOM: | Curr | Unit price: | USD |
|---|---|---|---|---|---|
| BASE FREIGHT | 3 | 40' CONT | USD | 1,100.00 | 4,700.00 |
| BASE FREIGHT | 2 | 40' CONT | USD | 1,100.00 | 2,300.00 |
| CHITTAG. FEEDER ADD. | 3 | 40' CONT | USD | 200.00 | 600.00 |
| CHITTAG. FEEDER ADD. | 2 | 40' CONT | USD | 200.00 | 400.00 |
| FUEL CHARGE | 3 | 40' CONT | USD | 115.00 | 345.00 |
| FUEL CHARGE | 2 | 40' CONT | USD | 115.00 | 230.00 |
| MANUAL DOCUMENTATION PROCESS | 1 | SURCH LUM | USD | 25.00 | 25.00 |
| CARRIER SECURITY CHARGE | 3 | 40' CONT | USD | 6.00 | 18.00 |
| PORT SECURITY CHARGE | 3 | 40' CONT | USD | 5.00 | 15.00 |
| CARRIER SECURITY CHARGE | 2 | 40' CONT | USD | 6.00 | 12.00 |
| PORT SECURITY CHARGE | 2 | 40' CONT | USD | 5.00 | 10.00 |

Total due:    8,655.00

```
Containers :    CAXU4122152 ( 40 ' DRY )
                INBU4827723 ( 40 ' DRY )
                MSKU6819266 ( 40 ' DRY )
                PONU1710265 ( 40 ' DRY )
                TCLU1520342 ( 40 ' DRY )

Payment ref.: By payment/bank transfer please include invoice no. US13779477-522901521

Bank:       Bank of America
Account:    ABA 026009593 (Wires Only) Account: 3756672872
            ABA 111500012 (ACH Only)   Account: 3756672872
Notes:

Remit to:
Maersk Inc.
6000 Carnegie Blvd
Attention: Payment Services - 2nd floor
Charlotte NC. 28209-4607
```

EXHIBIT "C"