UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAERSK LINE | Index No.: 07 CV 11219 |
| Plaintiff | |
| v. | AFFIDAVIT OF SERVICE |
| CALTECH INTERNATIONAL TRADING CORPORATION | |
| Defendant | |

STATE OF NJ: COUNTY OF MIDDLESEX   ss:

I, ROBERT F. TAYLOR, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NJ. That on JANUARY 11, 2008 at 7:45 AM at 454 NORTHAM DRIVE, NORTH BRUNSWICK, NJ 08902, deponent served the within SUMMONS AND CIVIL COMPLAINT IN ADMIRALTY on CALTECH INTERNATIONAL TRADING CORPORATION therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to MOHAMMED S. RAHMAN personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the PRESIDENT thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male   Race/Skin: ARAB   Hair: Black   Glasses: Yes   Approx. Age: 45   Height: 5'9"   Weight: 175

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

ROBERT F. TAYLOR
PRESIDENTIAL PROCESS SERVICE, INC.
419 PARK AVE STE 700
NEW YORK, NY 10016
(212) 889-3200

Subscribed and sworn to before me, a notary public, on this 11th day of January, 2008.

Dolores J. Taylor
My commission expires 4/28/09